UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JASON GARIBALDI,

                              Plaintiff,

                                              ORDER

                                              05-CV-6075L

              v.

ANIXTER, INC.,

                              Defendant.
_____

        Plaintiff, Jason Garibaldi's, motion for appointment of counsel dated June 6, 2006, (Dkt.

#57) is in all respects denied.  Based on plaintiff's motion to proceed *in forma pauperis*, it appears

that plaintiff has income and assets that could be utilized to retain counsel.

        IT IS SO ORDERED.

                              _____
                                   DAVID G. LARIMER
                                   United States District Judge

Dated: Rochester, New York
       July 18, 2006