UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

JASON GARIBALDI,

                            Plaintiff,

                                                          DECISION AND ORDER

                                                          05-CV-6075L

                    v.

ANIXTER, INC.,

                            Defendant.

_____

      This case was settled over two years ago in 2008. In fact, plaintiff and defendant signed a Stipulation dismissing the action (Dkt. #87) which was filed February 14, 2008. The case was then and remains closed.

      Plaintiff has filed a motion (Dkt. #88) for what he describes as a *nunc pro tunc* order approving settlement. There is no basis for such an order, and the motion is, therefore, DENIED in all respects.

      IT IS SO ORDERED.


_____
                    DAVID G. LARIMER
                    United States District Judge

Dated: Rochester, New York
      July 30, 2010.