UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JASON GARIBALDI,


                          Plaintiff,

                                                    DECISION AND ORDER

                                                    05-CV-6075L


              v.

ANIXTER, INC.,


                          Defendant.
_____


        Plaintiff's motion for what is styled as an Order Nunc Pro Tunc, filed August 26, 2010 (Dkt.

#90) is in all respects denied.  Plaintiff filed a previous motion seeking the same relief which this

Court denied in an order (Dkt. #89) filed July 30, 2010.

        IT IS SO ORDERED.


                                    _____
                                          DAVID G. LARIMER
                                        United States District Judge

Dated: Rochester, New York
       September 8, 2010.